# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

NO. 03-23-00708-CR
NO. 03-23-00709-CR
NO. 03-23-00710-CR
NO. 03-23-00711-CR
NO. 03-23-00712-CR
NO. 03-23-00713-CR
NO. 03-23-00714-CR
NO. 03-23-00715-CR
NO. 03-23-00716-CR

---

**Michael Kleinman, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE COUNTY COURT AT LAW NO. 5 OF WILLIAMSON COUNTY**
**NOS. 23-00734-5; 23-00735-5; 23-00740-5; 23-00742-5; 23-00747-5; 23-00752-5; 23-00753-5; 23-00756-5; AND 23-00761-5, THE HONORABLE WILL WARD, JUDGE PRESIDING**

---

NO. 03-23-00718-CR
NO. 03-23-00719-CR
NO. 03-23-00720-CR
NO. 03-23-00721-CR
NO. 03-23-00722-CR
NO. 03-23-00723-CR

---

**AusPro Enterprises, L.P., Appellant**

**v.**

**The State of Texas, Appellee**

## M E M O R A N D U M   O P I N I O N

Appellants Michael Kleinman and AusPro Enterprises, L.P. and appellee the State of Texas have filed agreed motions to dismiss these appeals. The motions are signed by the appellants and their attorney. We grant the motion and dismiss the appeals. *See* Tex. R. App. P. 42.2(a), 43.2(f).

_____

Karin Crump, Justice

Before Justices Triana, Kelly, and Crump

Dismissed on Agreed Motion

Filed: June 11, 2026

Do Not Publish